B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Morrar, Rajae M** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **6823** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**9621 Merton Ave<br>Oak Lawn, IL**<br>ZIPCODE **60453-2726** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
ZIPCODE

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Morrar, Rajae M** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X <i>/s/ Troy L Gleason</i>                                     <b>11/21/08</b><br>    Signature of Attorney for Debtor(s)           Date</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

    ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                    Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Morrar, Rajae M**

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**X** /s/ Rajae M Morrar                    **Rajae M Morrar**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature of Debtor

**X**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature of Joint Debtor

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Telephone Number (If not represented by attorney)
**November 21, 2008**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Date

**X**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature of Foreign Representative

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Printed Name of Foreign Representative

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Date

---

### Signature of Attorney*

**X** /s/ Troy L Gleason
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature of Attorney for Debtor(s)
**Troy L Gleason 6276510**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Printed Name of Attorney for Debtor(s)
**Gleason & Gleason**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Firm Name
**77 W Washington, Ste 1218**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Address
**Chicago, IL  60602**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**(312) 578-9530**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Telephone Number
**November 21, 2008**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Printed Name and title, if any,  of Bankruptcy Petition Preparer

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Address

**X**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature of Authorized Individual

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Printed Name of Authorized Individual

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Title of Authorized Individual

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Date

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**UNITED STATES BANKRUPTCY COURT**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

---

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

---

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in instalments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them,

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Morrar, Rajae M** _____
Printed Name(s) of Debtor(s)

**X** */s/ Rajae M Morrar*                              **11/21/2008**
Signature of Debtor                                              Date

Case No. (if known) _____

**X** _____
Signature of Joint Debtor (if any)                         Date

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Morrar, Rajae M**
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Residence at:**<br>**9621 Merton Ave**<br>**Oak Lawn, IL 60453-2726** | | | **400,000.00** | **441,744.00** |
| | | **TOTAL** | **400,000.00** | |

(Report also on Summary of Schedules)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Morrar, Rajae M**
_____
Debtor(s)         Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash on Hand | | 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account | | 2,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | Household goods, including but not limited to: TVs, chairs, tables, sofas, bedroom furniture, some kitchen appliances. | | 1,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, Pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other colletions or collectibles | | 250.00 |
| 6.  Wearing apparel. | | Used Clothing | | 250.00 |
| 7.  Furs and jewelry. | | Misc Costume Jewelry | | 75.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term life - no cash value | | 0.00 |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Morrar, Rajae M**
_____    Case No. _____
Debtor(s)                                                         (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 05 Ford Expedition | | 7,580.00 |
| | | 06 Chevy Monte Carlo | J | 6,750.00 |
| | | 07 Freightliner Semi Truck | | 100,000.00 |
| | | 94 Chrysler LHS | | 1,000.00 |
| | | 94 Mercury Cougar | | 1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Morrar, Rajae M**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **120,505.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE **Morrar, Rajae M**                                      Case No. _____
_____                              (If known)
            Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Residence at:**<br>**9621 Merton Ave**<br>**Oak Lawn, IL  60453-2726** | **735 ILCS 5 §12-901** | **15,000.00** | **400,000.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on Hand** | **735 ILCS 5 §12-1001(b)** | **100.00** | **100.00** |
| **Checking account** | **735 ILCS 5 §12-1001(b)** | **2,000.00** | **2,000.00** |
| **Household goods, including but not limited to: TVs, chairs, tables, sofas, bedroom furniture, some kitchen appliances.** | **735 ILCS 5 §12-1001(b)** | **1,500.00** | **1,500.00** |
| **Books, Pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other colletions or collectibles** | **735 ILCS 5 §12-1001(a)** | **250.00** | **250.00** |
| **Used Clothing** | **735 ILCS 5 §12-1001(a)** | **250.00** | **250.00** |
| **Misc Costume Jewelry** | **735 ILCS 5 §12-1001(b)** | **75.00** | **75.00** |
| **05 Ford Expedition** | **735 ILCS 5 §12-1001(c)** | **400.00** | **7,580.00** |
| **94 Chrysler LHS** | **735 ILCS 5 §12-1001(c)** | **1,000.00** | **1,000.00** |
| **94 Mercury Cougar** | **735 ILCS 5 §12-1001(c)** | **1,000.00** | **1,000.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE <u>Morrar, Rajae M</u>                                                                 Case No. _____
                        Debtor(s)                                                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5358721**<br><br>**Carmax Auto Finance**<br>**225 Chastain Meadows Ct NW**<br>**Kennesaw, GA  30144-5841** | X | | **Installment account opened 1/07**<br><br><br>VALUE $ **6,750.00** | | | | **10,832.00** | **4,082.00** |
| ACCOUNT NO. **1000173835000**<br><br>**Daimlerchrysler Trk Fi**<br>**1011 Warrenville Rd**<br>**Lisle, IL  60532-0903** | | | **Installment account opened 2/08**<br><br><br>VALUE $ **100,000.00** | | | | **110,432.00** | **10,432.00** |
| ACCOUNT NO. **38398771**<br><br>**Frd Motor Cr**<br>**PO Box Box 542000**<br>**Omaha, NE  68154** | | | **Installment account opened 1/05**<br><br><br>VALUE $ **7,580.00** | | | | **6,261.00** | |
| ACCOUNT NO. **13382570906**<br><br>**Taylor, Bean  And  Whitake**<br>**1417 N Magnolia Ave**<br>**Ocala, FL  34475-9078** | | | **Mortgage account opened 9/06**<br><br><br>VALUE $ **400,000.00** | | | | **394,844.00** | |

___**1**___ continuation sheets attached

Subtotal
(Total of this page)                       $ **522,369.00**   $ **14,514.00**

Total
(Use only on last page)                   $ _____   $ _____

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) – Cont.

IN RE Morrar, Rajae M
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **13383020906** <br><br> **Taylor, Bean And Whitake** <br> **1417 N Magnolia Ave** <br> **Ocala, FL  34475-9078** | | | **Mortgage account opened 9/06** <br><br><br> VALUE $ **400,000.00** | | | | **46,900.00** | **41,744.00** |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |

Sheet no. _____**1**____ of _____**1**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ **46,900.00** | $ **41,744.00** |
| Total (Use only on last page) | $ **569,269.00** | $ **56,258.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE Morrar, Rajae M _____    Case No. _____
              Debtor(s)                                                           (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Morrar, Rajae M
_____
Debtor(s)                                    (If known)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5601008112822436** **Capital One, N.a. 2730 Liberty Ave Pittsburgh, PA 15222-4704** | | | **Installment account opened 5/08** | | | | **15,000.00** |
| ACCOUNT NO. **601100707022** **Discover Fin Svcs Llc PO Box 15316 Wilmington, DE 19850-5316** | | | **Revolving account opened 7/00** | | | | **10,961.00** |
| ACCOUNT NO. **020010724152** **Kohls/chase N56 W17000 Ridge Menomonee Falls, WI 53051** | | | **Revolving account opened 4/89** | | | | **30.00** |
| ACCOUNT NO. **11874** **Nicor Gas 1844 W Ferry Rd Naperville, IL 60563-9662** | | | **Open account opened 9/06** | | | | **13.00** |

__1__ continuation sheets attached

Subtotal
(Total of this page)    $ **26,004.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Morrar, Rajae M**

Debtor(s)                                                    Case No. _____

                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5121071851310759** <br><br>**Sears/cbsd**<br>**PO Box 6189**<br>**Sioux Falls, SD  57117-6189** | | | **Revolving account opened 11/88** | | | | **18,928.00** |
| ACCOUNT NO. **105090815974004** <br><br>**Wffinancial**<br>**Coral Plaza Shopping Center**<br>**Oak Lawn, IL  60453** | | | **Installment account opened 5/08** | | | | **1,111.00** |
| ACCOUNT NO. **32863601328636019** <br><br>**Wfnnb/express**<br>**4590 E Broad St**<br>**Columbus, OH  43213-1301** | | | **Revolving account opened 9/08** | | | | **120.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **20,159.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **46,163.00**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Morrar, Rajae M**        Case No. _____

Debtor(s)      (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): | AGE(S):<br>**21**<br>**18**<br>**16** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation<br>Name of Employer<br>How long employed<br>Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)      DEBTOR      SPOUSE

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ _____ | $ _____ |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $ **0.00** | $ _____ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ _____ | $ _____ |
| b. Insurance | $ _____ | $ _____ |
| c. Union dues | $ _____ | $ _____ |
| d. Other (specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ **0.00** | $ _____ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ **0.00** | $ _____ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ **16,316.50** | $ _____ |
| 8. Income from real property | $ _____ | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance (Specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income (Specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ **16,316.50** | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ **16,316.50** | $ _____ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)      $ **16,316.50**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE Morrar, Rajae M _____   Case No. _____
              Debtor(s)                                                        (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,654.00 |
| a. Are real estate taxes included?    Yes ____   No ✓ | | |
| b. Is property insurance included?    Yes ____   No ✓ | | |
| 2. Utilities: | | |
| a. Electricity and heating fuel | $ | 300.00 |
| b. Water and sewer | $ | 40.00 |
| c. Telephone | $ | 100.00 |
| d. Other  **Cable And Internet** | $ | 100.00 |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | 30.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 20.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | |
| 10. Charitable contributions | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 100.00 |
| b. Life | $ | |
| c. Health | $ | |
| d. Auto | $ | |
| e. Other | $ | |
| | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) **Property Taxes** | $ | 960.00 |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 465.00 |
| b. Other  **2nd Car** | $ | 335.00 |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 10,845.83 |
| 17. Other  **Personal Care & Grooming** | $ | 100.00 |
| **School Expenses** | $ | 200.00 |
| | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.       $ 17,199.83

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 16,316.50 |
| b. Average monthly expenses from Line 18 above | $ | 17,199.83 |
| c. Monthly net income (a. minus b.) | $ | -883.33 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Morrar, Rajae M** _____    Case No. _____
            Debtor(s)                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**16** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **November 21, 2008** _____    Signature: **/s/ Rajae M Morrar** _____
                                                        **Rajae M Morrar**                        Debtor

Date: _____    Signature: _____
                                                                    (Joint Debtor, if any)
                                                        [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                                        _____
                                                        (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                Case No. _____

Morrar, Rajae M _____   Chapter **7** _____
                          Debtor(s)

## BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (Note: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A** - GROSS BUSINESS INCOME FOR THE PREVIOUS 12 MONTHS:

   1. Gross Income For 12 Months Prior to Filing:                    $ _____

**PART B** - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

   2. Gross Monthly Income:                                         $ _____ **16,316.50**

**PART C** - ESTIMATED FUTURE MONTHLY EXPENSES:

   3. Net Employee Payroll (Other Than Debtor)                      $ _____
   4. Payroll Taxes                                                 $ _____
   5. Unemployment Taxes                                            $ _____
   6. Worker's Compensation                                         $ _____
   7. Other Taxes                                                   $ _____
   8. Inventory Purchases (Including raw materials)                 $ _____
   9. Purchase of Feed/Fertilizer/Seed/Spray                        $ _____
 10. Rent (Other than debtor's principal residence)                 $ _____
 11. Utilities                                                       $ _____
 12. Office Expenses and Supplies                                    $ _____
 13. Repairs and Maintenance                                         $ _____
 14. Vehicle Expenses                                                $ _____
 15. Travel and Entertainment                                        $ _____
 16. Equipment Rental and Leases                                     $ _____
 17. Legal/Accounting/Other Professional Fees                        $ _____
 18. Insurance                                                       $ _____
 19. Employee Benefits (e.g., pension, medical, etc.)                $ _____
 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition
     Business Debts (Specify):                                  $ _____

 21. Other (Specify):                                               $ _____ **10,845.83**
    **See Continuation Sheet**

 22. Total Monthly Expenses (Add items 3-21)                         $ _____ **10,845.83**

**PART D** - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME

 23. **AVERAGE NET MONTHLY INCOME** (Subtract Item 22 from Item 2)    $ _____ **5,470.67**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Morrar, Rajae M

Debtor(s)

Case No. _____

## BUSINESS INCOME AND EXPENSES
### Continuation Sheet - Page 1 of 1

Other:

| | |
|---|---|
| Semi Payment | 2,038.00 |
| Fuel | 7,795.83 |
| Insurance | 235.00 |
| Ipass | 297.00 |
| Truck Maintance | 230.00 |
| Parking | 100.00 |
| Cell Phone | 150.00 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                              Case No. _____

Morrar, Rajae M _____    Chapter **7** _____
                              Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,
☐    including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 5,470.00 | 2008 Income from employment (monthly) after expenses |
| 22,984.00 | 2007 Income from employment |
| 30,000.00 | 2006 Income from employment |

---

**2. Income other than from employment or operation of business**

None  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the
☑    **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other
☐    debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | | AMOUNT | AMOUNT |
|---|---|---|---|
| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | PAID | STILL OWING |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| Taylor Bean & Whitaker Mortgage<br>315 NE 14th St<br>Ocala, FL  34470-4112 | Last 3 months - both mortgages | 9,075.00 | 441,744.00 |
| Chrysler Financial<br>999 Oakmont Plaza Dr<br>Westmont, IL  60559-5563 | Last 3 months | 6,114.00 | 110,432.00 |
| Ford Motor Credit<br>12110 Emmet St<br>Omaha, NE  68164-4263 | Last 3 months | 1,395.00 | 6,261.00 |

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF<br>PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION<br>AND VALUE OF PROPERTY |
|---|---|---|

**Gleason & Gleason**
77 W Washington, Ste 1218
Chicago, IL  60602

351.00

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Unknown Person** | **9/06** | **Sold named property - made approx** |
| **8701 Oak Park Ave** | | **35,000 - used to purchase current** |
| **Oak Lawn, IL  60453-1039** | | **home** |
| none | | |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **8701 Oak Park Ave, Oak Lawn, IL** | **Same** | **96-06** |

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

| None | |
|---|---|
| ☑ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |

| None | |
|---|---|
| ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None | |
|---|---|
| ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

**18. Nature, location and name of business**

| None | |
|---|---|
| ☐ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **OTK Trucking Inc** | | **Home** | **Truck Driver** | **Currently** |

| None | |
|---|---|
| ☑ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

| None | |
|---|---|
| ☑ | a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor. |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

☑ None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☑ None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

☑ None  d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

## 20. Inventories

☐ None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|---|---|---|
| | **none** | **none** |

☑ None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

☑ None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☐ None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Rajae Morrar** | **owner** | **only owner 100%** |

## 22. Former partners, officers, directors and shareholders

☑ None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

☑ None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

☑ None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

☑ None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

☑ None  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date: **November 21, 2008**                    Signature  ***/s/ Rajae M Morrar***

of Debtor                                                                          **Rajae M Morrar**


Date: _____              Signature _____

of Joint Debtor
(if any)

_____**0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                          Case No. _____

Morrar, Rajae M _____    Chapter **7** _____
                                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 400,000.00 | | |
| B - Personal Property | Yes | 3 | $ 120,505.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 569,269.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $ 46,163.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 16,316.50 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 17,199.83 |
| | TOTAL | 14 | $ 520,505.00 | $ 615,432.00 | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                          Case No. _____

Morrar, Rajae M _____    Chapter **7** _____
                                    Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $         0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $         0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $         0.00 |
| Student Loan Obligations (from Schedule F) | $         0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $         0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $         0.00 |
| **TOTAL** | $         **0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $     16,316.50 |
| Average Expenses (from Schedule J, Line 18) | $     17,199.83 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $      5,470.66 |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $     56,258.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $     0.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $     0.00 | |
| 4. Total from Schedule F | | | $     46,163.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $    102,421.00 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 1, Exhibit D (10/06)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                    Case No. _____

Morrar, Rajae M _____    Chapter **7**_____

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **/s/ Rajae M Morrar**_____

Date: **November 21, 2008**_____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                          Case No. _____

**Morrar, Rajae M**
_____   Chapter **7** _____
                           Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☑ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
☑ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 06 Chevy Monte Carlo | Carmax Auto Finance | | | | ✓ |
| 07 Freightliner Semi Truck | Daimlerchrysler Trk Fi | ✓ | | | |
| 05 Ford Expedition | Frd Motor Cr | | | | ✓ |
| Residence at: | Taylor, Bean  And  Whitake | | | | ✓ |
| Residence at: | Taylor, Bean  And  Whitake | | | | ✓ |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

| **11/21/2008** | **/s/ Rajae M Morrar** | | |
|---|---|---|---|
| Date | **Rajae M Morrar** | Debtor | Joint Debtor (if applicable) |

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

Address

_____          _____
Signature of Bankruptcy Petition Preparer                                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                    Case No. _____

Morrar, Rajae M _____        Chapter **7** _____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____**11**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **November 21, 2008** _____    **/s/ Rajae M Morrar** _____
                                            Debtor

                                            _____
                                            Joint Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Morrar, Rajae M**
**9621 Merton Ave**
**Oak Lawn, IL  60453-2726**

**Taylor, Bean  And  Whitake**
**1417 N Magnolia Ave**
**Ocala, FL  34475-9078**

**Gleason & Gleason**
**77 W Washington, Ste 1218**
**Chicago, IL  60602**

**Wffinancial**
**Coral Plaza Shopping Center**
**Oak Lawn, IL  60453**

**Capital One, N.a.**
**2730 Liberty Ave**
**Pittsburgh, PA  15222-4704**

**Wfnnb/express**
**4590 E Broad St**
**Columbus, OH  43213-1301**

**Carmax Auto Finance**
**225 Chastain Meadows Ct NW**
**Kennesaw, GA  30144-5841**

**Daimlerchrysler Trk Fi**
**1011 Warrenville Rd**
**Lisle, IL  60532-0903**

**Discover Fin Svcs Llc**
**PO Box 15316**
**Wilmington, DE  19850-5316**

**Frd Motor Cr**
**PO Box Box 542000**
**Omaha, NE  68154**

**Kohls/chase**
**N56 W17000 Ridge**
**Menomonee Falls, WI  53051**

**Nicor Gas**
**1844 W Ferry Rd**
**Naperville, IL  60563-9662**

**Sears/cbsd**
**PO Box 6189**
**Sioux Falls, SD  57117-6189**

B6H (Official Form 6H) (12/07)

IN RE **Morrar, Rajae M** _____    Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Son**<br>**Same Address As Debtor** | **Carmax Auto Finance**<br>**225 Chastain Meadows Ct NW**<br>**Kennesaw, GA  30144-5841** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Morrar, Rajae M**

Case No. _____

Debtor(s)                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                                Case No. _____

_____    Chapter **7** _____
Morrar, Rajae M
                            Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **676.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **351.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **325.00**

2.  The source of the compensation paid to me was:  ☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☑ Debtor    ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Litigation / Adversary Proceedings**
    **$400.00 for Motions to Redeem**
    **Credit Counseling Fees**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

_____ **November 21, 2008** _____        **/s/ Troy L Gleason** _____
                        Date                                                    Signature of Attorney

                                                                **Gleason & Gleason**
                                                                _____
                                                                          Name of Law Firm

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# Profit or Loss From Business

(Sole Proprietorship)

► Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.

► Attach to Form 1040, 1040NR, or 1041.

OMB No. 1545-0074

**2007**

Attachment Sequence No. **09**

Name of proprietor: MORRAR

Social security number (SSN): 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

A Principal business or profession, including product or service: TRUCK DRIVER

B Enter code from instructions ► 484120

C Business name. If no separate business name, leave blank: OPK TRUCKING INC

D Employer ID number (EIN), if any

E Business address (including suite or room no.) ►

City, town or post office, state, and ZIP code

F Accounting method: (1) X Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ►

G Did you "materially participate" in the operation of this business during 2007? If "No," see instructions for limit on losses   X Yes  ☐ No

H If you started or acquired this business during 2007, check here ► ☐

## Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see instructions and check here ► ☐ | 1 | 22,934. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 22,934. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 22,934. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ► | 7 | 22,934. |

## Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 Office expense | 18 | 225. |
| 9 | Car and truck expenses | 9 | | 19 Pension and profit sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 Rent or lease: | | |
| 11 | Contract labor | 11 | | a Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) | 13 | | 21 Repairs and maintenance | 21 | |
| | | | | 22 Supplies (not included in Part III) | 22 | |
| | | | | 23 Taxes and licenses | 23 | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 24 Travel, meals, and entertainment: | | |
| 15 | Insurance (other than health) | 15 | | a Travel | 24a | |
| 16 | Interest: See attached | | | b Deductible meals and entertainment | 24b | |
| a | Mortgage (paid to banks, etc.) | 16a | 4,861. | 25 Utilities | 25 | |
| b | Other | 16b | | 26 Wages (less employment credits) | 26 | |
| | | | | 27 Other expenses (from line 48 on page 2) | 27 | |
| 17 | Legal and professional services | 17 | 300. | | | |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ► | 28 | 5,386. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | 17,598. |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29 | | |
| | • If a profit, enter on Form 1040, line 12, and Schedule SE, line 2 or Form 1040NR, line 13 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3. | | |
| | • If a loss, you **must** go to line 32. | 31 | 17,598. |
| 32 | If you have a loss, check the box that describes your investment in this activity. | | |
| | • If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 or Form 1040NR, line 13 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3. | 32a ☐ All investment is at risk. | |
| | | 32b ☐ Some investment is not at risk. | |
| | • If you checked 32b, you must attach Form 6198. Your loss may be limited. | | |

Schedule C (Form 1040) 2007

**For Paperwork Reduction Act Notice, see Form 1040 instructions.**

JTA

F0057 09/28/07

Form **1040**

Department of the Treasury—Internal Revenue Service

**U.S. Individual Income Tax Return** **2007**

IRS Use Only—Do not write or staple in this space

OMB No. 1545-0074

For the year Jan. 1–Dec. 31, 2007, or other tax year beginning ____, 2007, ending ____, 20__

| **Label** | | |
|---|---|---|
| Use the IRS label. | Your first name and initial: RACAE   Last name: MORRAR | Your social security number: 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 |
| | If a joint return, spouse's first name and initial: FERIAL   Last name: MORRAR | Spouse's social security number: 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 |
| Otherwise, please print or type. | Home address (number and street). If you have a P.O. box, see instructions.: 9621 S MERTON   Apt. no. | ▲ You must enter your SSN(s) above ▲ |
| | City, town or post office, state, and ZIP code. If you have a foreign address, see instructions.: Oak Lawn, IL 6 453 | Checking a box below will not change your tax or refund |

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund    ☒ You   ☒ Spouse

**Filing Status**
Check only one box.

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). If the qualifying person is a child but not your dependent enter this child's name here ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a
b ☒ Spouse

Boxes checked on 6a and 6b: **2**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit |
|---|---|---|---|
| OMAR MORRAR | 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 | son | |
| TAREK MORRAR | 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 | son | |
| KHALID MORRAR | 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 | son | ☒ |

If more than four dependents, see instructions.

No. of children on 6c who:
• lived with you: **3**
• did not live with you due to divorce or separation
Dependents on 6c not entered above
Add numbers on lines above ▶ **5**

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 5,493. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 17,598. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions   15a | b Taxable amt 15b | |
| 16a | Pensions and annuities  16a | b Taxable amt 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 32,493. |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits   20a | b Taxable amt 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 55,534. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 1,244. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23-31a and 32-35 | 36 | 1,244. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 54,340. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.    FDI001 11/00/07    Form **1040** (2007)

Form 1040                                                                                   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  Page **2**

| | | | |
|---|---|---|---|
| 38 | adjusted gross income) | **38** | 54,340. |
| | You were born before Jan 2, 1943, ☐ Blind. | Total boxes | |
| | Spouse was born before Jan 2, 1943, ☐ Blind. | checked ▶ **39a** | |
| | If your spouse itemizes on a separate return or you were a dual-status alien, see instr and check here ▶ **39b** | | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | **40** | 37,135. |
| 41 | Subtract line 40 from line 38 | **41** | 17,205. |
| 42 | If line 38 is $117,300 or less, multiply $3,400 by the number of exemptions claimed on line | **42** | 17,000. |
| | If line 38 is over $117,300, see the worksheet on page 33 | | |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | **43** | 205. |
| 44 | Tax. Check if any tax is from  a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ Form 8889 | **44** | 21. |
| 45 | Alternative minimum tax. Attach Form 6251 | **45** | |
| 46 | Add lines 44 and 45 | ▶ **46** | 21. |
| 47 | Credit for child and dependent care exp. Attach Form 2441 | **47** | |
| 48 | Credit for the elderly or the disabled. Attach Schedule R | **48** | |
| 49 | Education credits. Attach Form 8863 | **49** | |
| 50 | Residential energy credits. Attach Form 5695 | **50** | |
| 51 | Foreign tax credit. Attach Form 1116 if required | **51** | |
| 52 | Child tax credit. Attach Form 8901 if required | **52** 21. | |
| 53 | Retirement savings contributions credit. Attach Form 8880 | **53** | |
| 54 | Credits from  a ☐ Form 8396  b ☐ Form 8859  c ☐ Form 8839 | **54** | |
| 55 | Other credits  a ☐ Form 3800  b ☐ Form 8801  c ☐ Form | **55** | |
| 56 | Add lines 47 through 55. These are your total credits | **56** | 21. |
| 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- | ▶ **57** | |
| 58 | Self-employment tax. Attach Schedule SE | **58** | 2,487. |
| 59 | Unreported Social security and Medicare tax from:  a ☐ Form 4137  b ☐ Form 8919 | **59** | |
| 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | **60** | |
| 61 | Advance earned income credit payments from Form(s) W-2, box 9 | **61** | |
| 62 | Household employment taxes. Attach Schedule H | **62** | |
| 63 | Add lines 57 through 62. This is your total tax | ▶ **63** | 2,487. |
| 64 | Federal income tax withheld from Forms W-2 and 1099 | **64** | |
| 65 | 2007 est tax payments and amount applied from 2006 return | **65** | |
| 66a | Earned income credit (EIC) | **66a** | |
| b | Nontaxable combat pay election ▶ **66b** | | |
| 67 | Excess social security and tier 1 RRTA tax withheld | **67** | |
| 68 | Additional child tax credit. Attach Form 8812 | **68** 979. | |
| 69 | Amount paid with request for extension to file | **69** | |
| 70 | Payments from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 | **70** | |
| 71 | Refundable credit for prior year min tax from Form 8801, line 27 | **71** | |
| 72 | Add lines 64, 65, 66a, and 67 through 71. These are your total payments | ▶ **72** | 979. |
| 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** | **73** | |
| 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ | **74a** | |
| | b Routing number ▶          c Type: ☐ Checking ☐ Savings | | |
| | d Account number ▶ | | |
| 75 | Amount of line 73 you want applied to your 2008 estimated tax ▶ | **75** | |
| 76 | **Amount you owe.** Subtract line 72 from line 63 | ▶ **76** | 1,509. |
| 77 | Estimated tax penalty | **77** 71. | |

**Refund**

**Amount You Owe**

**Third Party Designee**  Do you want to allow another person to discuss this return with the IRS?   X **Yes.** Complete the following.   ☐ **No**
Designee's name ▶ Preparer     Phone number ▶     Personal identification no. (PIN) ▶

**Sign Here**
Joint return?
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge

Your signature   Date 2/26/2008   Your occupation TRUCK DRIVER   Daytime phone number (708) 473-2144

Spouse's signature. If a joint return, both must sign.   Date   Spouse's occupation CLERK

**Paid Preparer's Use Only**
Preparer's signature   Date 2/26/2008   Check if self-employed  X   Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code  ▶ JABER FINANCIAL SERVICES   EIN 14-1913270
9150 W 111th St, Ste B   Phone number
Palos Hills, IL 60465-2255   (708) 974-1488

JTA                                                        FDI002 11/08/07                                        Form **1040** (2007)

Trip Net:  $571.08

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7IB0430168/001 | | L | 10/01/2008 | MORRAR 007 1210 RAJAE | SNLU 986505 | Touring - JB Hunt, NYK, Schneider Only | BN-OGDEN CICERO, IL | EXPRESS PLAINFIELD, IN | $407.00 |
| 7IB0430168/001 | | L | 09/29/2008 | MORRAR 007 1210 RAJAE | SNLU 986505 | DRV FOR FUEL SURCHARGE | BN-OGDEN CICERO, IL | EXPRESS PLAINFIELD, IN | $165.14 |

Trip Net:  $572.14

**Sub Total for Driver:**                                                          **$4,668.09**

Total Trip Gross: **$4,668.09**

**Deductions:**

| | | | | | | |
|---|---|---|---|---|---|---|
| 007017956 | L | 09/29/2008 | DRIVER DEDUCTION - ADVANCE | 7IB0430168/001 | 007 | $-584.50 |

Notes: Job Seq : 430168 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: PILOT 448, Truck stop city: HEBRON INU21, Truck stop state: IN, product quantity: 00152.93, product amount: 00590.15, Fuel service charge: 2

| | | | | | | |
|---|---|---|---|---|---|---|
| | L | 10/03/2008 | PARKING DEDUCTION | | 007 | $-100.00 |

Notes: PRK OCT 08 4569 {-DP - 09/30/08/09:43}

| | | | | | | |
|---|---|---|---|---|---|---|
| 007012HHT | L | 09/26/2008 | DRIVER DEDUCTION - ADVANCE | | 007 | $-304.26 |

Notes: Job Seq : 11111 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: LOVE'S TRAVEL STOP #351, Truck stop city: UTICA ILU81, Truck stop state: IL, product quantity: 00077.28, product amount: 00303.63, Fuel service charge: 2

| | | | | | | |
|---|---|---|---|---|---|---|
| 007001904 | L | 09/24/2008 | DRIVER DEDUCTION - ADVANCE | 7OB0427928/001 | 007 | $-528.92 |

Notes: Job Seq : 427928 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: PILOT 43, Truck stop city: WALCOTT IAU12, Truck stop state: IA, product quantity: 00137.61, product amount: 00533.80, Fuel service charge: 2

| | | | | | | |
|---|---|---|---|---|---|---|
| 007002895 | L | 09/23/2008 | DRIVER DEDUCTION - ADVANCE | 7OB0426024/001 | 007 | $-586.04 |

Notes: Job Seq : 426024 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: PILOT 164, Truck stop city: MAUSTON WIU00, Truck stop state: WI, product quantity: 00150.95, product amount: 00591.59, Fuel service charge: 2

Net Amount: **$2,564.37**

### Settlement Summary

| | |
|---|---|
| Revenue | $4,668.09 |
| Reimbursements | $0.00 |
| Deductions | $-2,103.72 |
| Check# | DIR-DEP |
| Total Settlement Pay | $2,564.37 |
| | Direct Deposit |
| YTD | $200,260.60 |

**Deductions Statement:**

| Description | Terms | Starting Balance | Deducted This Pay | Deducted Previously | Remaining Balance |
|---|---|---|---|---|---|
| PARKING DEDUCTION | $100.00 Every Friday | $100.00 | $100.00 | $0.00 | $0.00 |

**Driver Notes:**

**\* Legend: L** = Loaded **E** = Empty

**Remarks:** Would you like to view and print this statement online? Visit www.horizonfreightsystem.com, click on the "Logon" link on the left side of the page, and then click on the "Register for an online account" link to sign up now.

**Printed By: Dale Perry    Date:** 10/03/2008 **Time:** 11:16

Settlement Statement Case 08-31931   Doc 1   Filed 11/21/08   Entered 11/21/08 14:46:44   Desc Main
Document   Page 42 of 64

| | | | | | | | | | | MI | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7IB0415843/001 | L | 09/02/2008 | MORRAR RAJAE | 007 | 1210 | TA739393 | Touring - JB Hunt, NYK, Schneider Only | BN WILLOW HODGKINS, IL | | WAL MART COLDWATER, MI | $425.00 |
| | | | | | | | | | Trip Net: | | $601.72 | |
| 7OB0415968/001 | L | 09/02/2008 | MORRAR RAJAE | 007 | 1210 | SNLU 986035 | Touring - JB Hunt, NYK, Schneider Only | GEORGIA PACIFIC GREEN BAY, WI | | CSX TERMINAL BEDFORD PARK, IL | $431.00 |
| 7OB0415968/001 | E | 08/31/2008 | MORRAR RAJAE | 007 | 1210 | SNLU 986035 | DRV FOR FUEL SURCHARGE | CHICAGO INTERMODAL CHICAGO, IL | | GEORGIA PACIFIC GREEN BAY, WI | $189.88 |
| | | | | | | | | | Trip Net: | | $620.88 | |
| 7OB0417306/001 | E | 09/03/2008 | MORRAR RAJAE | 007 | 1210 | EMHU 636595 | DRV FOR FUEL SURCHARGE | CP RAIL BENSENVILLE, IL | | MAYTAG AMANA, IA | $204.00 |
| 7OB0417306/001 | E | 09/03/2008 | MORRAR RAJAE | 007 | 1210 | EMHU 636595 | DRV FULL CONTAINER MOVE | CP RAIL BENSENVILLE, IL | | MAYTAG AMANA, IA | $271.85 |
| | | | | | | | | | Trip Net: | | $475.85 | |

**Total Trip Gross: $3,393.54**

**Deductions:**

| 007005677 | L | 08/30/2008 | DRIVER DEDUCTION - ADVANCE | 7IB0415843/001 | 007 | $-585.25 |
|---|---|---|---|---|---|---|
| | **Notes:** Job Seq : 415843 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: PILOT 445, Truck stop city: BURNS HARBOR INU21, Truck stop state: IN, product quantity: 00150.75, product amount: 00590.79, Fuel service charge: 2 | | | | | |
| 007035GVH | L | 08/25/2008 | DRIVER DEDUCTION - ADVANCE | | 007 | $-597.69 |
| | **Notes:** Job Seq : 111111 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: LOVE'S TRAVEL STOP #351, Truck stop city: UTICA ILU81, Truck stop state: IL, product quantity: 00153.72, product amount: 00599.35, Fuel service charge: 2 | | | | | |
| 007004GWM | L | 08/27/2008 | DRIVER DEDUCTION - ADVANCE | 7IB0412735/001 | 007 | $-595.71 |
| | **Notes:** Job Seq : 412735 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: ROAD RANGER #235, Truck stop city: HAMPSHIRE ILU00, Truck stop state: IL, product quantity: 00145.32, product amount: 00592.76, Fuel service charge: 2 | | | | | |

**Net Amount: $1,614.89**

### Settlement Summary

| | |
|---|---|
| Revenue | $3,393.54 |
| Reimbursements | $0.00 |
| Deductions | $-1,778.65 |
| Check# | DIR-DEP |
| Total Settlement Pay | $1,614.89 |
| | Direct Deposit |
| YTD | $178,787.71 |

**Driver Notes:**

**\* Legend: L** = Loaded **E** = Empty

**Remarks:** Would you like to view and print this statement online? Visit www.horizonfreightsystem.com, click on the "Logon" link on the left side of the page, and then click on the "Register for an online account" link to sign up now.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | CHICAGO, IL | | |
| | | | | | | | Trip Net: | $294.11 | |
| 7OB0411600/001 | E | 08/25/2008 | MORRAR RAJAE | 007 | 1210 | EMHU 237448 | DRV FOR FUEL SURCHARGE | CP RAIL BENSENVILLE, IL | MAYTAG SALES/NORTH LIBRTY NORTH LIBERTY, IA | $357.00 |
| 7OB0411600/001 | E | 08/25/2008 | MORRAR RAJAE | 007 | 1210 | EMHU 237448 | DRV FULL CONTAINER MOVE | CP RAIL BENSENVILLE, IL | MAYTAG SALES/NORTH LIBRTY NORTH LIBERTY, IA | $475.73 |
| | | | | | | | Trip Net: | $832.73 | |
| 7IB0412368/001 | L | 08/27/2008 | MORRAR RAJAE | 007 | 1210 | HLXU 409386-8 | DRV FOR FUEL SURCHARGE | UP GLOBAL 2 NORTHLAKE, IL | FAMILY DOLLAR STORES MAQUOKETA, IA | $75.11 |
| 7IB0412368/001 | L | 08/27/2008 | MORRAR RAJAE | 007 | 1210 | HLXU 409386-8 | DRV FULL CONTAINER MOVE | UP GLOBAL 2 NORTHLAKE, IL | FAMILY DOLLAR STORES MAQUOKETA, IA | $190.00 |
| | | | | | | | Trip Net: | $265.11 | |
| 7OB0413235/001 | E | 08/26/2008 | MORRAR RAJAE | 007 | 1210 | EMHU 231058 | DRV FULL CONTAINER MOVE | UNION PACIFIC DOLTON, IL | MAYTAG AMANA, IA | $271.85 |
| 7OB0413235/001 | E | 08/26/2008 | MORRAR RAJAE | 007 | 1210 | EMHU 231058 | DRV FOR FUEL SURCHARGE | UNION PACIFIC DOLTON, IL | MAYTAG AMANA, IA | $204.00 |
| | | | | | | | Trip Net: | $475.85 | |

Total Trip Gross: $7,933.74

**Deductions:**

| | | | | | |
|---|---|---|---|---|---|
| | L | 08/29/2008 | DRIVER DEDUCTION TIRE REPAIR | 007 | $-83.00 |
| | Notes: | REPL TIRE 350052A - LRO tire waas run flat. EBS inv. 11516 - originally taken from wrong account. {-DP - 07/22/08/08:35} | | | |
| 007025GUM | | 08/22/2008 | DRIVER DEDUCTION - ADVANCE | 7IB0411417/001 | 007 | $-602.45 |
| | Notes: | Job Seq : 411417 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: ROAD RANGER #225, Truck stop city: PRINCETON ILU81, Truck stop state: IL, product quantity: 00151.43, product amount: 00599.50, Fuel service charge: 2 | | | |
| 007019GTU | L | 08/20/2008 | DRIVER DEDUCTION - ADVANCE | 007 | $-602.71 |
| | Notes: | Job Seq : 1111 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: CRAZY D'S, Truck stop city: LASALLE ILU81, Truck stop state: IL, product quantity: 00153.82, product amount: 00599.76, Fuel service charge: 2 | | | |
| 007047GTL | L | 08/19/2008 | DRIVER DEDUCTION - ADVANCE | 007 | $-598.32 |
| | Notes: | Job Seq : 111111 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: LOVE'S TRAVEL STOP #351, Truck stop city: UTICA ILU81, Truck stop state: IL, product quantity: 00151.53, product amount: 00599.92, Fuel service charge: 2 | | | |
| 007022GSQ | L | 08/18/2008 | DRIVER DEDUCTION - ADVANCE | 007 | $-602.58 |
| | Notes: | Job Seq : 1111 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: ROAD RANGER #225, Truck stop city: PRINCETON ILU81, Truck stop state: IL, product quantity: 00151.46, product amount: 00599.53, Fuel service charge: 2 | | | |

Net Amount: $5,444.68

## Settlement Summary

| | |
|---|---|
| Revenue | $7,933.74 |
| Reimbursements | $0.00 |
| Deductions | $-2,489.06 |
| Check# | DIR-DEP |
| Total Settlement Pay | $5,444.68 |
| | Direct Deposit |
| YTD | $175,394.17 |

**Deductions Statement:**

| Description | Terms | Starting Balance | Deducted This Pay | Deducted Previously | Remaining Balance |
|---|---|---|---|---|---|
| DRIVER DEDUCTION TIRE REPAIR | $85.00 Every Friday | $508.00 | $83.00 | $425.00 | $0.00 |

**Driver Notes:**

* **Legend: L** = Loaded **E** = Empty

**Remarks:** Would you like to view and print this statement online? Visit www.horizonfreightsystem.com, click on the "Logon" link on the left side of the page, and then click on the "Register for an online account" link to sign up now.

**Printed By:** Dale Perry      **Date:** 08/29/2008 **Time:** 10:36

file://\\kaplan-fil\production\Prod\Temp\DP\supinv.html

8/29/2008

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | RAJAE | 290453 | | SURCHARGE | AMANA, IA | BENSENVILLE, IL | | |

**Trip Net:    $475.84**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7OB0408303/001 | L | 08/15/2008 | MORRAR RAJAE | 007 1210 | EMHU 831046 | DRV FOR FUEL SURCHARGE | MAYTAG AMANA, IA | CP RAIL BENSENVILLE, IL | $204.00 |
| 7OB0408303/001 | L | 08/15/2008 | MORRAR RAJAE | 007 1210 | EMHU 831046 | DRV FULL CONTAINER MOVE | MAYTAG AMANA, IA | CP RAIL BENSENVILLE, IL | $271.84 |

**Trip Net:    $475.84**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7OB0408377/001 | E | 08/15/2008 | MORRAR RAJAE | 007 1210 | EMHU 234058 | DRV FOR FUEL SURCHARGE | UNION PACIFIC DOLTON, IL | MAYTAG AMANA, IA | $204.00 |
| 7OB0408377/001 | E | 08/15/2008 | MORRAR RAJAE | 007 1210 | EMHU 234058 | DRV FULL CONTAINER MOVE | UNION PACIFIC DOLTON, IL | MAYTAG AMANA, IA | $271.84 |

**Trip Net:    $475.84**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7OB0408484/001 | E | 08/18/2008 | MORRAR RAJAE | 007 1210 | ta945389 | DRV FOR FUEL SURCHARGE | CHICAGO INTERMODAL CHICAGO, IL | GEORGIA PACIFIC GREEN BAY, WI | $205.00 |
| 7OB0408484/001 | L | 08/18/2008 | MORRAR RAJAE | 007 1210 | ta945389 | Touring - JB Hunt, NYK, Schneider Only | GEORGIA PACIFIC GREEN BAY, WI | BNSF- CHICAGO CHICAGO, IL | $408.00 |

**Trip Net:    $613.00**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7OB0409460/001 | E | 08/18/2008 | MORRAR RAJAE | 007 1210 | SWRU 100893 | DRV FOR FUEL SURCHARGE | C&K TRUCKING CHICAGO RIDGE, IL | HON COMPANY MUSCATINE, IA | $186.00 |
| 7OB0409460/001 | L | 08/20/2008 | MORRAR RAJAE | 007 1210 | SWRU 100893 | Touring - JB Hunt, NYK, Schneider Only | HON COMPANY MUSCATINE, IA | NS LANDERS CHICAGO, IL | $392.65 |

**Trip Net:    $578.65**

**Total Trip Gross: $7,991.75**

**Deductions:**

| | | | | | | |
|---|---|---|---|---|---|---|
| | L | 08/22/2008 | DRIVER DEDUCTION TIRE REPAIR | | 007 | $-85.00 |

Notes: REPL TIRE 350052A - LRO tire waas run flat. EBS inv. 11516 - originally taken from wrong account. (-DP - 07/22/08/08:35)

| | | | | | | |
|---|---|---|---|---|---|---|
| 007007GSB | L | 08/15/2008 | DRIVER DEDUCTION - ADVANCE | | 007 | $-487.26 |

Notes: Job Seq : 111 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: CRAZY D'S, Truck stop city: LASALLE ILU81, Truck stop state: IL, product quantity: 00124.21, product amount: 00484.31, Fuel service charge: 2

| | | | | | | |
|---|---|---|---|---|---|---|
| 007004GRM | L | 08/14/2008 | DRIVER DEDUCTION - ADVANCE | | 007 | $-563.82 |

Notes: Job Seq : 1111 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: CRAZY D'S, Truck stop city: LASALLE ILU81, Truck stop state: IL, product quantity: 00143.85, product amount: 00560.87, Fuel service charge: 2

| | | | | | | |
|---|---|---|---|---|---|---|
| 007007GQX | L | 08/13/2008 | DRIVER DEDUCTION - ADVANCE | | 007 | $-355.39 |

Notes: Job Seq : 405434 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: CRAZY D'S, Truck stop city: LASALLE ILU81, Truck stop state: IL, product quantity: 00089.70, product amount: 00352.44, Fuel service charge: 2

| | | | | | | |
|---|---|---|---|---|---|---|
| 2503077 | L | 08/12/2008 | MANUAL EFS DEDUCTION $3 CHARGE | 7OB0405434/001 | 007 | $-603.00 |

Net Amount: $5,897.28

## Settlement Summary

| | |
|---|---|
| Revenue | $7,991.75 |
| Reimbursements | $0.00 |
| Deductions | $-2,094.47 |
| Check# | DIR-DEP |
| Total Settlement Pay | $5,897.28 |
| | Direct Deposit |
| YTD | $167,460.43 |

**Deductions Statement:**

| Description | Terms | Starting Balance | Deducted This Pay | Deducted Previously | Remaining Balance |
|---|---|---|---|---|---|
| DRIVER DEDUCTION TIRE REPAIR | $85.00 Every Friday | $508.00 | $85.00 | $340.00 | $83.00 |

**Driver Notes:**

\* **Legend: L** = Loaded **E** = Empty

**Remarks:** Would you like to view and print this statement online? Visit www.horizonfreightsystem.com, click on the "Logon" link on the left side of the page, and then click on the "Register for an online account" link to sign up now.

**Printed By:** Dale Perry    **Date:** 08/22/2008 **Time:** 10:58

file://\\kaplan-fil\production\Prod\Temp\DP\supinv.html

8/22/2008

Settlement Statement

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7IB0405301/001 | | L | 08/11/2008 | MORRAR RAJAE | 007 | 1210 | EMHU 638773 | DRV FOR FUEL SURCHARGE | UNION PACIFIC DOLTON, IL | MAYTAG AMANA, IA | $204.00 |
| 7IB0405301/001 | | L | 08/11/2008 | MORRAR RAJAE | 007 | 1210 | EMHU 638773 | DRV FULL CONTAINER MOVE | UNION PACIFIC DOLTON, IL | MAYTAG AMANA, IA | $271.84 |

Trip Net:    $475.84

Total Trip Gross: $5,456.09

**Deductions:**

| | | | | | |
|---|---|---|---|---|---|
| | L | 08/15/2008 | DRIVER DEDUCTION TIRE REPAIR | 007 | $-85.00 |

Notes: REPL TIRE 350052A - LRO tire waas run flat. EBS inv. 11516 - originally taken from wrong account. {-DP - 07/22/08/08:35}

| | | | | | |
|---|---|---|---|---|---|
| 007003GPQ | L | 08/08/2008 | DRIVER DEDUCTION - ADVANCE | 007 | $-602.77 |

Notes: Job Seq : 0 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: CRAZY D'S, Truck stop city: LASALLE ILU81, Truck stop state: iL, product quantity: 00149.99, product amount: 00599.82, Fuel service charge: 2

| | | | | | |
|---|---|---|---|---|---|
| 007001GPC | L | 08/07/2008 | DRIVER DEDUCTION - ADVANCE | 007 | $-602.48 |

Notes: Job Seq : 0 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: CRAZY D'S, Truck stop city: LASALLE ILU81, Truck stop state: IL, product quantity: 00149.92, product amount: 00599.53, Fuel service charge: 2

| | | | | | |
|---|---|---|---|---|---|
| 007003422 | L | 08/04/2008 | DRIVER DEDUCTION - ADVANCE | 007 | $-591.83 |

Notes: Job Seq : 1111 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: PILOT 445, Truck stop city: BURNS HARBOR INU21, Truck stop state: IN, product quantity: 00141.14, product amount: 00596.89, Fuel service charge: 2

| | | | | | |
|---|---|---|---|---|---|
| 007019GOM | L | 08/05/2008 | DRIVER DEDUCTION - ADVANCE | 7IB0401869/001 | 007 | $-598.46 |

Notes: Job Seq : 401869 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: LOVE'S TRAVEL STOP #351, Truck stop city: UTICA ILU81, Truck stop state: IL, product quantity: 00149.80, product amount: 00599.80, Fuel service charge: 2

| | | | | | |
|---|---|---|---|---|---|
| 4631495 | L | 08/01/2008 | MANUAL EFS DEDUCTION $3 CHARGE | 7OB0400714/001 | 007 | $-303.00 |
| 007001GNQ | L | 08/02/2008 | DRIVER DEDUCTION - ADVANCE | 7OB0400714/001 | 007 | $-598.51 |

Notes: Job Seq : 400714 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: LOVE'S TRAVEL STOP #351, Truck stop city: UTICA ILU81, Truck stop state: IL, product quantity: 00140.16, product amount: 00599.76, Fuel service charge: 2

Net Amount: $2,074.04

### Settlement Summary

| | |
|---|---|
| Revenue | $5,456.09 |
| Reimbursements | $0.00 |
| Deductions | $-3,382.05 |
| Check# | DIR-DEP |
| Total Settlement Pay | $2,074.04 |
| | Direct Deposit |
| YTD | $159,468.68 |

**Deductions Statement:**

| Description | Terms | Starting Balance | Deducted This Pay | Deducted Previously | Remaining Balance |
|---|---|---|---|---|---|
| DRIVER DEDUCTION TIRE REPAIR | $85.00 Every Friday | $508.00 | $85.00 | $255.00 | $168.00 |

**Driver Notes:**

* **Legend:** L = Loaded  E = Empty

**Remarks:** Would you like to view and print this statement online? Visit www.horizonfreightsystem.com, click on the "Logon" link on the left side of the page, and then click on the "Register for an online account" link to sign up now.

**Printed By:** Dale Perry    **Date:** 08/15/2008 **Time:** 10:34

file://\\kaplan-fil\production\Prod\Temp\DP\supinv.html                    8/15/2008

| 7IB0401212/001 | E | 08/04/2008 | MORRAR RAJAE | 007 | 1210 | EMHU 231716 | DRV FOR FUEL SURCHARGE | MAYTAG AMANA, IA | UNION PACIFIC DOLTON, IL | $204.00 |

Trip Net:  $475.84

| 7OB0403739/001 | E | 08/07/2008 | MORRAR RAJAE | 007 | 1210 | EMHU 636363 | DRV FULL CONTAINER MOVE | CP RAIL BENSENVILLE, IL | MAYTAG AMANA, IA | $271.85 |
| 7OB0403739/001 | E | 08/07/2008 | MORRAR RAJAE | 007 | 1210 | EMHU 636363 | DRV FOR FUEL SURCHARGE | CP RAIL BENSENVILLE, IL | MAYTAG AMANA, IA | $204.00 |

Trip Net:  $475.85

Total Trip Gross: $4,061.48

**Deductions:**

| 007120GNI | L | 07/31/2008 | DRIVER DEDUCTION - ADVANCE | | 007 | $-601.46 |

Notes: Job Seq : 40050 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence :  Truck stop name: FLYING J TRAVEL PLAZA, Truck stop city: GARY INU21, Truck stop state: IN, product quantity: 00141.19, product amount  00598.51, Fuel service charge: 2

| | L | 08/08/2008 | DRIVER DEDUCTION TIRE REPAIR. | | 007 | $-85.00 |

Notes: REPL TIRE 350052A - LRO tire waas run flat. EBS inv. 11516 - originally taken from wrong account. (-DP - 07/22/08/08.35)

Net Amount: $3,375.02

**Settlement Summary**

| Revenue | $4,061.48 |
| Reimbursements | $0.00 |
| Deductions | $-686.46 |
| Check# | DIR-DEP |
| Total Settlement Pay | $3,375.02 |
| | Direct Deposit |
| YTD | $154,012.59 |

**Deductions Statement:**

| Description | Terms | Starting Balance | Deducted This Pay | Deducted Previously | Remaining Balance |
| --- | --- | --- | --- | --- | --- |
| DRIVER DEDUCTION TIRE REPAIR | $85.00 Every Friday | $508.00 | $85.00 | $170.00 | $253.00 |

**Driver Notes:**

* **Legend: L** = Loaded **E** = Empty

**Remarks:** Would you like to view and print this statement online? Visit www.horizonfreightsystem.com, click on the "Logon" link on the left side of the page. and then click on the "Regsister for an online account" link to sign up now.

**Printed By:** Mark Solari    **Date:** 08/08/2008 **Time:** 10:54

## Settlement Statement



**Horizon Freight System**
6600 Bessemer Avenue
Cleveland, OH 44127
Fax:
Tel:

10917
OTK TRANSPORTATION INC
9621 S. MERTON AVE
OAKLAWN
IL 60453

**Settled Amount: $703.68**

Settlement Statement: 77206
Week No: 31-2008

Settlement Date: 08/01/2008
Week From: 07/22/2008

Week To: 07/28/2008

| Pro # | Recap # | Type* | Ship Date | Driver | Site | Tractor | Container | Service Description | From | To | Amount |
|-------|---------|-------|-----------|--------|------|---------|-----------|---------------------|------|-----|--------|
| 7IB0393781/001 | | L | 07/23/2008 | MORRAR RAJAE | 007 | 1210 | SNLU 331020 | DRV FOR FUEL SURCHARGE | CSX TERMINAL BEDFORD PARK, IL | FAMILY DOLLAR STORES MAQUOKETA, IA | $276.45 |
| 7IB0393781/001 | | L | 07/23/2008 | MORRAR RAJAE | 007 | 1210 | SNLU 331020 | Touring - JB Hunt, NYK, Schneider Only | CSX TERMINAL BEDFORD PARK, IL | FAMILY DOLLAR STORES MAQUOKETA, IA | $537.00 |
| | | | | | | | | | | Trip Net: | $813.45 |
| 7CX0394452/001 | | L | 07/21/2008 | MORRAR RAJAE | 007 | 1210 | EMHU 235130 | DRV FULL CONTAINER MOVE | CP RAIL BENSENVILLE, IL | MAYTAG AMANA, IA | $271.84 |
| 7CX0394452/001 | | L | 07/21/2008 | MORRAR RAJAE | 007 | 1210 | EMHU 235130 | DRV FOR FUEL SURCHARGE | CP RAIL BENSENVILLE, IL | MAYTAG AMANA, IA | $160.00 |
| | | | | | | | | | | Trip Net: | $431.84 |
| 7OB0395118/001 | | E | 07/23/2008 | MORRAR RAJAE | 007 | 1210 | EMHU 660712 | DRV FOR FUEL SURCHARGE | CP RAIL BENSENVILLE, IL | MAYTAG SALES/NORTH LIBRTY NORTH LIBERTY, IA | $357.00 |
| 7OB0395118/001 | | E | 07/23/2008 | MORRAR RAJAE | 007 | 1210 | EMHU 660712 | DRV FULL CONTAINER MOVE | CP RAIL BENSENVILLE, IL | MAYTAG SALES/NORTH LIBRTY NORTH LIBERTY, IA | $475.73 |
| | | | | | | | | | | Trip Net: | $832.73 |

**Total Trip Gross: $2,078.02**

**Deductions:**

| | | | | | | |
|--|--|--|--|--|--|--|
| 007015270 | | L | 07/17/2008 | DRIVER DEDUCTION - ADVANCE | 7IB0391979/001 | 007 | $-590.92 |

Notes: Job Seq : 391979 driver no: 000000000 , unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: PILOT 448, Truck stop city: HEBRON INU21, Truck stop state: IN, product quantity: 00129.46, product amount: 00595.39, Fuel service charge: 2

| | L | 08/01/2008 | PARKING DEDUCTION | | 007 | $-100.00 |

Notes: PRK AUG 08 4569 (-DP - 07/31/08/08:56)

| | L | 08/01/2008 | DRIVER DEDUCTION TIRE REPAIR | | 007 | $-85.00 |

Notes: REPL TIRE 360052A - LRO tire waas run flat. EBS inv. 11516 - originally taken from wrong account. (-DP - 07/22/08/08:35)

| 007018GKG | | L | 07/23/2008 | DRIVER DEDUCTION - ADVANCE | 7OB0395118/001 | 007 | $-598.42 |

Notes: Job Seq : 395118 driver no: 000000000 , unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: LOVE'S TRAVEL STOP #351, Truck stop city: UTICA ILU81, Truck stop state: IL , product quantity: 00134.45, product amount: 00599.50, Fuel service charge: 2

**Net Amount: $703.68**

Settlement Statement    Case 08-31931    Doc 1    Filed 11/21/08    Entered 11/21/08 14:46:44    Desc Main
Document    Page 50 of 64

## Settlement Summary

| | |
|---|---|
| Revenue | $2,078.02 |
| Reimbursements | $0.00 |
| Deductions | $-1,374.34 |
| Check# | DIR-DEP |
| Total Settlement Pay | $703.68 |
| | Direct Deposit |
| YTD | $149,951.11 |

**Deductions Statement:**

| Description | Terms | Starting Balance | Deducted This Pay | Deducted Previously | Remaining Balance |
|---|---|---|---|---|---|
| PARKING DEDUCTION | $100.00 Every Friday | $100.00 | $100.00 | $0.00 | $0.00 |
| DRIVER DEDUCTION TIRE REPAIR | $85.00 Every Friday | $508.00 | $85.00 | $85.00 | $338.00 |

**Driver Notes:**

* **Legend: L** = Loaded **E** = Empty

**Remarks:** Would you like to view and print this statement online? Visit www.horizonfreightsystem.com, click on the "Logon" link on the left side of the page, and then click on the 'Register for an online account' link to sign up now.

**Printed By:** Mark Solari    **Date:** 08/01/2008 **Time:** 09:38

file://\\kaplan-fil\production\Prod\Temp\MS\supinv.html

8/1/2008

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7OB0392270/001 | L | 07/21/2008 | MORRAR RAJAE | 007 | 1210 | EMHU 234663 | DRV FOR FUEL SURCHARGE | MAYTAG AMANA, IA | IL CP RAI BENSEI IL |

Trip Net:   $431.84

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7IB0393712/001 | L | 07/24/2008 | MORRAR RAJAE | 007 | 1210 | SNLU 977229 | Touring - JB Hunt, NYK, Schneider Only | BNSF-CHICAGO CHICAGO, IL | TARGET #557 OCONOMOWOC, WI | $424.00 |
| 7IB0393712/001 | L | 07/21/2008 | MORRAR RAJAE | 007 | 1210 | SNLU 977229 | DRV FOR FUEL SURCHARGE | BNSF-CHICAGO CHICAGO, IL | TARGET #557 OCONOMOWOC, WI | $220.02 |

Trip Net:   $644.02

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7OB0393748/001 | E | 07/21/2008 | MORRAR RAJAE | 007 | 1210 | a450436 | DRV FOR FUEL SURCHARGE | PROCTER & GAMBLE WEST BRANCH, IA | PROCTER & GAMBLE WEST BRANCH, IA | $223.44 |
| 7OB0393748/001 | L | 07/24/2008 | MORRAR RAJAE | 007 | 1210 | a450436 | Touring - JB Hunt, NYK, Schneider Only | PROCTER & GAMBLE WEST BRANCH, IA | BN WILLOW HODGKINS, IL | $405.65 |

Trip Net:   $629.09

Total Trip Gross: $4,136.49

**Reimbursements:**

| | L | 07/11/2008 | DRIVER DEDUCTION TIRE REPAIR | | | 007 | $31.95 |
|---|---|---|---|---|---|---|---|

**Notes:** FLAT REP 384899 REF. Reimburse driver for flat repair he paid out of his own pocket. {-KL - 07/07/08/08:42}

**Deductions:**

| | L | 07/25/2008 | DRIVER DEDUCTION TIRE REPAIR | | | 007 | $-85.00 |
|---|---|---|---|---|---|---|---|

**Notes:** REPL TIRE 350052A - LRO tire waas run flat. EBS inv. 11516 - originally taken from wrong account. {-DP - 07/22/08/08:35}

| 007007GIY | L | 07/19/2008 | DRIVER DEDUCTION - ADVANCE | 7OB0393748/001 | 007 | $-599.00 |
|---|---|---|---|---|---|---|

**Notes:** Job Seq : 393748 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: LOVE'S TRAVEL STOP #351, Truck stop city: UTICA ILU81, Truck stop state: IL, product quantity: 00129.32, product amount: 00599.93, Fuel service charge: 2

| 007013GHH | L | 07/16/2008 | DRIVER DEDUCTION - ADVANCE | 7OB0390547/001 | 007 | $-599.09 |
|---|---|---|---|---|---|---|

**Notes:** Job Seq : 390547 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: LOVE'S TRAVEL STOP #351, Truck stop city: UTICA ILU81, Truck stop state: IL, product quantity: 00128.51, product amount: 00600.00, Fuel service charge: 2

| 007017298 | L | 07/21/2008 | DRIVER DEDUCTION - ADVANCE | 7IB0393712/001 | 007 | $-592.77 |
|---|---|---|---|---|---|---|

**Notes:** Job Seq : 393712 driver no: 000000000, unit no : 000000, vehicle licence: , Truck stop name: PILOT 40, Truck stop city: OAK CREEK WIU00, Truck stop state: WI, product quantity: 00127.07, product amount: 00597.12, Fuel service charge: 2

Net Amount: $2,292.58

### Settlement Summary

| | |
|---|---|
| Revenue | $4,136.49 |
| Reimbursements | $31.95 |
| Deductions | $-1,875.86 |
| Check# | DIR-DEP |
| Total Settlement Pay | $2,292.58 |
| | Direct Deposit |

file://\\kaplan-fil\production\Prod\Temp\MS\supinv.html                    7/25/2008

file://\\kaplan-fil\production\Prod\Temp\MS\supinv.html                    7/25/2008

| 7IB0386822/001 | L | 07/08/2008 | MORRAR RAJAE | 007 | 1210 | SNLU 983056 | DRV FOR FUEL SURCHARGE | BNSF-CHICAGO CHICAGO, IL | HOMEGOODS DIST. BROWNSBURG, IN | $183.70 |
| 7IB0386822/001 | L | 07/09/2008 | MORRAR RAJAE | 007 | 1210 | SNLU 983056 | Touring - JB Hunt, NYK, Schneider Only | BNSF-CHICAGO CHICAGO, IL | HOMEGOODS DIST. BROWNSBURG, IN | $370.00 |

Trip Net:    $553.70

| 7OB0387648/001 | E | 07/14/2008 | MORRAR RAJAE | 007 | 1210 | EMHU 290270 | DRV FOR FUEL SURCHARGE | UNION PACIFIC DOLTON, IL | MAYTAG AMANA, IA | $160.00 |
| 7OB0387648/001 | E | 07/14/2008 | MORRAR RAJAE | 007 | 1210 | EMHU 290270 | DRV FULL CONTAINER MOVE | UNION PACIFIC DOLTON, IL | MAYTAG AMANA, IA | $271.85 |

Trip Net:    $431.85

| 7OB0388491/001 | E | 07/14/2008 | MORRAR RAJAE | 007 | 1210 | SUDU 559565-7 | DRV FOR FUEL SURCHARGE | NATIONAL RAIL GROUP CHICAGO, IL | FLEETWOOD GOLD COWYARD ROMEOVILLE. IL | $1,336.00 |
| 7OB0388491/001 | L | 07/14/2008 | MORRAR RAJAE | 007 | 1210 | SUDU 559565-7 | Touring - JB Hunt, NYK, Schneider Only | FLEETWOOD GOLD COWYARD ROMEOVILLE, IL | TALLYRAND TERMINAL JACKSONVILLE, FL | $2,319.90 |

Trip Net:    $3,655.90

Total Trip Gross: $7,393.61

**Deductions:**

| 007038164 | L | 07/07/2008 | DRIVER DEDUCTION - ADVANCE | 7IB0386822/001 | 007 | $-591.09 |
| | | Notes: Job Seq : 386822 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: PILOT 448, Truck stop city: HEBRON INU21, Truck stop state: IN, product quantity: 00130.07, product amount: 00595.59, Fuel service charge: 2 | | | |
| 007005147 | L | 07/05/2008 | DRIVER DEDUCTION - ADVANCE | | 007 | $-589.96 |
| | | Notes: Job Seq : 261106 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: PILOT 448, Truck stop city: HEBRON INU21, Truck stop state: IN, product quantity: 00130.40, product amount: 00594.48, Fuel service charge: 2 | | | |
| 007006GGC | L | 07/12/2008 | DRIVER DEDUCTION - ADVANCE | 7OB0388491/001 | 007 | $-598.83 |
| | | Notes: Job Seq : 388491 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: LOVE'S TRAVEL STOP #355, Truck stop city: MEMPHIS INU81, Truck stop state: IN, product quantity: 00130.70, product amount: 00599.80, Fuel service charge: 2 | | | |
| 007016198 | L | 07/11/2008 | DRIVER DEDUCTION - ADVANCE | 7OB0388491/001 | 007 | $-591.27 |
| | | Notes: Job Seq : 388491 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: PILOT 267, Truck stop city: BYRON GAU00, Truck stop state: GA, product quantity: 00126.75, product amount: 00595.61, Fuel service charge: 2 | | | |
| 007018187 | L | 07/10/2008 | DRIVER DEDUCTION - ADVANCE | 7OB0388491/001 | 007 | $-589.88 |
| | | Notes: Job Seq : 388491 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: PILOT 448, Truck stop city: HEBRON INU21, Truck stop state: IN, product quantity: 00130.96, product amount: 00594.43, Fuel service charge: 2 | | | |

Net Amount: $4,432.58

## Settlement Summary

| | | |
| --- | --- | --- |
| Revenue | $7,393.61 | |
| Reimbursements | $0.00 | |

| | |
|---|---|
| Deductions | $-2,961.03 |
| Check# | DIR-DEP |
| Total Settlement Pay | $4,432.58 |
| | Direct Deposit |
| YTD | $143,736.60 |

**Driver Notes:**

**\* Legend: L** = Loaded **E** = Empty

**Remarks:** Would you like to view and print this statement online? Visit www.horizonfreightsystem.com, click on the "Logon" link on the left side of the page, and then click on the "Register for an online account" link to sign up now.

**Printed By:** Mark Solari     **Date:** 07/18/2008 **Time:** 10:47

file://\\kaplan-fil\production\Prod\Temp\MS\supinv.html

7/18/2008

Trip Net:    $851.30

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7CX0385980/001 | L | 07/03/2008 | MORRAR RAJAE | 007 | 1210 | SWRU 100121 | Detention - Schneider Only | QUAKER OATS CO INDIANAPOLIS, IN | NS 47th CHICAGO, IL | $247.50 |
| 7CX0385980/001 | L | 07/03/2008 | MORRAR RAJAE | 007 | 1210 | SWRU 100121 | DRV FOR FUEL SURCHARGE | QUAKER OATS CO INDIANAPOLIS, IN | NS 47th CHICAGO, IL | $97.53 |
| 7CX0385980/001 | L | 07/03/2008 | MORRAR RAJAE | 007 | 1210 | SWRU 100121 | DRV FULL CONTAINER MOVE | QUAKER OATS CO INDIANAPOLIS, IN | NS 47th CHICAGO, IL | $174.42 |

Trip Net:    $519.45

Total Trip Gross: $3,892.66

**Deductions:**

| | | | | | | |
|---|---|---|---|---|---|---|
| 007003133 | L | 07/03/2008 | DRIVER DEDUCTION - ADVANCE | 7IB0384899/001 | 007 | $-592.54 |

Notes: Job Seq : 384899 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: PILOT 448, Truck stop city: HEBRON INU21, Truck stop state: IN, product quantity: 00132.74, product amount: 00597.18, Fuel service charge: 2

| | | | | | | |
|---|---|---|---|---|---|---|
| 007002GCG | L | 07/01/2008 | DRIVER DEDUCTION - ADVANCE | 7IB0383866/001 | 007 | $-602.75 |

Notes: Job Seq : 383866 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: . Truck stop name: KWIK STAR #303, Truck stop city: BROOKLYN IAU31, Truck stop state: IA, product quantity: 00132.44, product amount: 00599.80, Fuel service charge: 2

| | | | | | | |
|---|---|---|---|---|---|---|
| 007004093 | L | 06/28/2008 | DRIVER DEDUCTION - ADVANCE | | 007 | $-448.34 |

Notes: Job Seq : 0 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: PILOT 448, Truck stop city: HEBRON INU21, Truck stop state: IN, product quantity: 00101.70, product amount: 00451.43, Fuel service charge: 2

Net Amount: $2,249.03

### Settlement Summary

| | |
|---|---|
| Revenue | $3,892.66 |
| Reimbursements | $0.00 |
| Deductions | $-1,643.63 |
| Check# | DIR-DEP |
| Total Settlement Pay | $2,249.03 |
| | Direct Deposit |
| YTD | $136,342.99 |

**Driver Notes:**

* **Legend: L** = Loaded **E** = Empty

**Remarks:** Would you like to view and print this statement online? Visit www.horizonfreightsystem.com, click on the "Logon" link on the left side of the page, and then click on the "Register for an online account" link to sign up now.

**Printed By:** Mark Solari    **Date:** 07/11/2008 **Time:** 10:33

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7OB0382032/001 | E | 06/30/2008 | MORRAR RAJAE | 007 | 1210 | EMHU 242637 | DRV FOR FUEL SURCHARGE | MAYTAG AMANA, IA | MAYTAG AMANA, IA | $160.00 |
| 7OB0382032/001 | E | 06/30/2008 | MORRAR RAJAE | 007 | 1210 | EMHU 242637 | DRV FULL CONTAINER MOVE | MAYTAG AMANA, IA | MAYTAG AMANA, IA | $271.85 |

Trip Net: $431.85

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7IB0383670/001 | L | 06/30/2008 | MORRAR RAJAE | 007 | 1210 | TGHU 856922-2 | DRV CHASSIS PICK-UP | FAR CARTAGE CHICAGO, IL | CN RAIL HARVEY, IL | $44.18 |
| 7IB0383670/001 | L | 06/30/2008 | MORRAR RAJAE | 007 | 1210 | TGHU 856922-2 | DRV FOR FUEL SURCHARGE | FAR CARTAGE CHICAGO, IL | CN RAIL HARVEY, IL | $389.24 |
| 7IB0383670/001 | L | 06/30/2008 | MORRAR RAJAE | 007 | 1210 | TGHU 856922-2 | DRV FULL CONTAINER MOVE | FAR CARTAGE CHICAGO, IL | CN RAIL HARVEY, IL | $670.78 |

Trip Net: $1,104.20

Total Trip Gross: $5,082.65

**Reimbursements:**

| | | | | | |
|---|---|---|---|---|---|
| | L | 07/03/2008 | PARKING DEDUCTION | 007 | $200.00 |

Notes: PRK JULY 08 4569REF - deducted three times for parking {-DP - 07/01/08/11:41}

| | | | | | |
|---|---|---|---|---|---|
| | L | 07/03/2008 | ESCROW ACCOUNT | 007 | $200.00 |

Notes: ESCROW 4569 REF - old truck. transfered to 5307 {-DP - 07/01/08/14:13}

**Deductions:**

| | | | | | |
|---|---|---|---|---|---|
| 007003GBE | L | 06/27/2008 | DRIVER DEDUCTION - ADVANCE | 007 | $-410.36 |

Notes: Job Seq : 381481 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: KWIK STAR #303, Truck stop city: BROOKLYN IAU31, Truck stop state: IA, product quantity: 00089.96, product amount: 00407.41, Fuel service charge: 2

| | | | | | |
|---|---|---|---|---|---|
| 007025079 | L | 06/26/2008 | DRIVER DEDUCTION - ADVANCE | 7OB0382032/001 | 007 | $-593.86 |

Notes: Job Seq : 382032 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: PILOT 43, Truck stop city: WALCOTT IAU12, Truck stop state: IA, product quantity: 00131.56, product amount: 00598.44, Fuel service charge: 2

| | | | | | |
|---|---|---|---|---|---|
| 007011054 | L | 06/24/2008 | DRIVER DEDUCTION - ADVANCE | 7IB0380422/001 | 007 | $-427.95 |

Notes: Job Seq : 380422 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: PILOT 448, Truck stop city: HEBRON INU21, Truck stop state: IN, product quantity: 00097.05, product amount: 00430.80, Fuel service charge: 2

| | | | | | |
|---|---|---|---|---|---|
| 007006GBQ | L | 06/30/2008 | DRIVER DEDUCTION - ADVANCE | 7IB0380720/001 | 007 | $-598.57 |

Notes: Job Seq : 380720 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: LOVE'S TRAVEL STOP #345, Truck stop city: TOMAH WIU00, Truck stop state: WI, product quantity: 00130.94, product amount: 00599.55, Fuel service charge: 2

Net Amount: $3,451.91

### Settlement Summary

| | |
|---|---|
| Revenue | $5,082.65 |
| Reimbursements | $400.00 |
| Deductions | $-2,030.74 |
| Check# | DIR-DEP |
| Total Settlement Pay | $3,451.91 |
| | Direct Deposit |
| YTD | $132,450.33 |

**Deductions Statement:**

| Description | Terms | Starting Balance | Deducted This Pay | Deducted Previously | Remaining Balance |
|---|---|---|---|---|---|

**Driver Notes:**

* **Legend: L = Loaded E = Empty**

**Remarks:** Would you like to view and print this statement online? Visit www.horizonfreightsystem.com, click on the "Logon" link on the left side of the page, and then click on the "Register for an online account" link to sign up now.

**Printed By: Mark Solari Date: 07/03/2008 Time: 09:57**

file://\\kaplan-fil\production\Prod\Temp\MS\supinv.html

7/3/2008

SAINT
PAUL,
MN

Trip Net: $1,231.50

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7IB0377574/001 | L | 06/19/2008 | MORRAR RAJAE | 007 | 1210 | TRLU 629475-9 | DRV FULL CONTAINER MOVE | CN RAIL HARVEY, IL | CN RAIL HARVEY, IL | $730.58 |
| 7IB0377574/001 | L | 06/19/2008 | MORRAR RAJAE | 007 | 1210 | TRLU 629475-9 | DRV FOR FUEL SURCHARGE | CN RAIL HARVEY, IL | CN RAIL HARVEY, IL | $421.80 |
| 7IB0377574/001 | L | 06/19/2008 | MORRAR RAJAE | 007 | 1210 | TRLU 629475-9 | DRV CHASSIS PICK-UP | CN RAIL HARVEY, IL | SENCO CINCINNATI CINCINNATI, OH | $44.18 |

Trip Net: $1,196.56

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7IB0378160/001 | L | 06/20/2008 | MORRAR RAJAE | 007 | 1210 | TTNU 438138-8 | DRV FULL CONTAINER MOVE | FAR CARTAGE CHICAGO, IL | NORFOLK SOUTHERN CHICAGO, IL | $468.93 |
| 7IB0378160/001 | L | 06/20/2008 | MORRAR RAJAE | 007 | 1210 | TTNU 438138-8 | DRV FOR FUEL SURCHARGE | FAR CARTAGE CHICAGO, IL | NORFOLK SOUTHERN CHICAGO, IL | $275.65 |
| 7IB0378160/001 | L | 06/20/2008 | MORRAR RAJAE | 007 | 1210 | TTNU 438138-8 | DRV CHASSIS PICK-UP | NORFOLK SOUTHERN CHICAGO, IL | PEOSTA WAREHOUSE PEOSTA, IA | $37.38 |

Trip Net: $781.96

Total Trip Gross: $6,273.81

**Deductions:**

| | | | | | | |
|---|---|---|---|---|---|---|
| 007001FZR | L | 06/23/2008 | DRIVER DEDUCTION - ADVANCE | 7IB0377475/001 | 007 | $-602.89 |

Notes: Job Seq : 377475 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: . Truck stop name: KWIK TRIP #648, Truck stop city: BLACK RIVER FALLS WIU21, Truck stop state: WI, product quantity: 00128.77, product amount: 00599.94, Fuel service charge: 2

| | | | | | |
|---|---|---|---|---|---|
| | L | 06/27/2008 | PARKING DEDUCTION | 007 | $-100.00 |

Notes: PRK JULY 08 4569 {-DP - 06/25/08/15:14}

| | | | | | |
|---|---|---|---|---|---|
| | L | 06/27/2008 | PARKING DEDUCTION | 007 | $-100.00 |

Notes: PRK JULY 08 4569 {-DP - 06/25/08/15:14}

| | | | | | |
|---|---|---|---|---|---|
| | L | 06/27/2008 | PARKING DEDUCTION | 007 | $-100.00 |

Notes: PRK JULY 08 4569 {-DP - 06/25/08/15:14}

| | | | | | | |
|---|---|---|---|---|---|---|
| 007025FXZ | L | 06/17/2008 | DRIVER DEDUCTION - ADVANCE | 7IB0377367/001 | 007 | $-602.45 |

Notes: Job Seq : 377367 driver no : 000000000, unit no : 5307, trailer no : 000000, vehicle licence: . Truck stop name: STEEL CITY TRUCK STOP, Truck stop city: GARY INU21, Truck stop state: IN, product quantity: 00133.55, product amount: 00599.50, Fuel service charge: 2

| | | | | | | |
|---|---|---|---|---|---|---|
| 007029016 | L | 06/18/2008 | DRIVER DEDUCTION - ADVANCE | 7IB0377574/001 | 007 | $-586.72 |

Notes: Job Seq : 377574 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: . Truck stop name: PILOT 448, Truck stop city: HEBRON INU21, Truck stop state: IN, product quantity: 00133.22, product amount: 00591.38, Fuel service charge: 2

Net Amount: $4,181.75

**Settlement Summary**

| | |
|---|---|
| Revenue | $6,273.81 |
| Reimbursements | $0.00 |
| Deductions | $-2,092.06 |
| Check# | DIR-DEP |
| Total Settlement Pay | $4,181.75 |
| | Direct Deposit |
| YTD | $127,367.68 |

**Deductions Statement:**

| Description | Terms | Starting Balance | Deducted This Pay | Deducted Previously | Remaining Balance |
|---|---|---|---|---|---|
| PARKING DEDUCTION | $100.00 Every Friday | $100.00 | $300.00 | $-200.00 | $0.00 |

**Driver Notes:**

|  | RAJAE | 835886 | MOVE | AMANA, IA | BENSENVILLE, IL |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  | Trip Net: | $431.84 |

| 7IB0375344/001 | L | 06/16/2008 | MORRAR RAJAE | 007 | 1210 | NYKU 612501-0 | Touring - JB Hunt, NYK, Schneider Only | CN RAIL HARVEY, IL | DONALSON CRESCO CRESCO, IA | $638.83 |
|---|---|---|---|---|---|---|---|---|---|---|
| 7IB0375344/001 | L | 06/16/2008 | MORRAR RAJAE | 007 | 1210 | NYKU 612501-0 | DRV FOR FUEL SURCHARGE | CN RAIL HARVEY, IL | CN RAIL HARVEY, IL | $347.80 |
|  |  |  |  |  |  |  |  |  | Trip Net: | $986.63 |

|  |  |  |  |  |  |  |  |  | Total Trip Gross: | $5,882.72 |
|---|---|---|---|---|---|---|---|---|---|---|

**Deductions:**

| 007001FXB | L |  | 06/13/2008 | DRIVER DEDUCTION - ADVANCE |  | 7IB0375344/001 | 007 | $-500.95 |
|---|---|---|---|---|---|---|---|---|
|  | Notes: | Job Seq no: 375344 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: KWIK STAR #711, Truck stop city: MONONA IAU00, Truck stop state: IA, product quantity: 00127.85, product amount: 00588.00, Fuel service charge: 2 |  |  |  |  |  |  |
| 007017965 | L |  | 06/12/2008 | DRIVER DEDUCTION - ADVANCE |  |  | 007 | $-593.03 |
|  | Notes: | Job Seq : 0 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: PILOT 43, Truck stop city: WALCOTT IAU12, Truck stop state: IA, product quantity: 00129.93, product amount: 00597.53, Fuel service charge: 2 |  |  |  |  |  |  |
| 007012FSS | L |  | 06/02/2008 | DRIVER DEDUCTION - ADVANCE |  | 7OB0368466/001 | 007 | $-464.85 |
|  | Notes: | Job Seq no: 368466 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: LOVE'S TRAVEL STOP #337, Truck stop city: ALBERT LEA MNU50, Truck stop state: MN, product quantity: 00100.00, product amount: 00464.90, Fuel service charge: 2 |  |  |  |  |  |  |
| 007017FTM | L |  | 06/04/2008 | DRIVER DEDUCTION - ADVANCE |  | 7OB0369546/001 | 007 | $-440.26 |
|  | Notes: | Job Seq no: 369546 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: LOVE'S TRAVEL STOP #337, Truck stop city: ALBERT LEA MNU50, Truck stop state: MN, product quantity: 00094.68, product amount: 00440.15, Fuel service charge: 2 |  |  |  |  |  |  |
| 007012FUX | L |  | 06/09/2008 | DRIVER DEDUCTION - ADVANCE |  | 7IB0370104/001 | 007 | $-555.09 |
|  | Notes: | Job Seq no: 370104 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: KWIK TRIP #775, Truck stop city: MAUSTON WIU60, Truck stop state: WI, product quantity: 00118.00, product amount: 00552.14, Fuel service charge: 2 |  |  |  |  |  |  |
| 007005FVX | L |  | 06/11/2008 | DRIVER DEDUCTION - ADVANCE |  | 7IB0371696/001 | 007 | $-602.32 |
|  | Notes: | Job Seq no: 371696 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: KWIK TRIP #674, Truck stop city: MENOMONIE WIU71, Truck stop state: WI, product quantity: 00128.10, product amount: 00599.37, Fuel service charge: 2 |  |  |  |  |  |  |

|  |  |  |  |  |  |  | Net Amount: | $2,636.22 |
|---|---|---|---|---|---|---|---|---|

**Settlement Summary**

| Revenue | $5,882.72 |
|---|---|
| Reimbursements | $0.00 |
| Deductions | $-3,246.50 |
| Check# | DIR-DEP |
| Total Settlement Pay | $2,636.22 |
|  | Direct Deposit |
| YTD | $121,093.87 |

**Driver Notes:**
* Legend: L = Loaded E = Empty

**Remarks:** Would you like to view and print this statement online? Visit www.horizonfreightsystem.com, click on the "Logon" link on the left side of the page, and then click on the "Register for an online account" link to sign up now.

**Printed By:** Mark Solari    **Date:** 06/20/2008 **Time:** 09:37

## Settlement Statement



*FREIGHT SYSTEM, INC.*

10917
OTK TRANSPORTATION INC
9621 S. MERTON AVE
OAKLAWN
IL 60453

Horizon Freight System
6600 Bessemer Avenue
Cleveland, OH 44127
Fax:
Tel:

| Settlement Statement: 73512 | Settlement Date: 06/13/2008 | Settled Amount: **$902.71** |
|---|---|---|
| Week No: 24-2008 | Week From: 06/03/2008 | Week To: 06/09/2008 |

| Pro # | Recap # | Type* | Ship Date | Driver | Site | Tractor | Container | Service Description | From | To | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7OB0369686/001 | | E | 06/04/2008 | MORRAR RAJAE | 007 | 1210 | EMHU 242316 | DRV FOR FUEL SURCHARGE | UNION PACIFIC ROCHELLE, IL | MAYTAG AMANA, IA | $320.00 |
| 7OB0369686/001 | | E | 06/04/2008 | MORRAR RAJAE | 007 | 1210 | EMHU 242316 | DRV FULL CONTAINER MOVE | UNION PACIFIC ROCHELLE, IL | MAYTAG AMANA, IA | $543.69 |
| | | | | | | | | | | **Trip Net:  $863.69** | |
| 7IB0372294/001 | | L | 06/07/2008 | MORRAR RAJAE | 007 | 1210 | SNLU 982505 | DRV FOR FUEL SURCHARGE | BN-OGDEN CICERO, IL | TARGET DC 587 GALESBURG, MI | $192.64 |
| 7IB0372294/001 | | L | 06/07/2008 | MORRAR RAJAE | 007 | 1210 | SNLU 982505 | DRV FULL CONTAINER MOVE | BN-OGDEN CICERO, IL | TARGET DC 587 GALESBURG, MI | $356.61 |
| | | | | | | | | | | **Trip Net:  $549.25** | |
| | | | | | | | | | | **Total Trip Gross: $1,412.94** | |

Deductions:

| 007018914 | | L | 06/07/2008 | DRIVER DEDUCTION - ADVANCE | 7IB0372294/001 | 007 | | -$510.23 |
|---|---|---|---|---|---|---|---|---|

Notes: Job Seq : 372294 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: PILOT 445, Truck stop city: BURNS HARBOR INU21, Truck stop state: IN, product quantity: 00115.01, product amount: 00513.98, Fuel service charge: 2

**Net Amount: $902.71**

### Settlement Summary

| | |
|---|---|
| Revenue | $1,412.94 |
| Reimbursements | $0.00 |
| Deductions | $-510.23 |
| Check# | DIR-DEP |
| Total Settlement Pay | $902.71 |
| | Direct Deposit |
| YTD | $115,211.15 |

Driver Notes:

* Legend: **L** = Loaded **E** = Empty

Remarks: Would you like to view and print this statement online? Visit www.horizonfreightsystem.com, click on the



| 7OB0367561/001 | | E | 05/30/2008 | MORRAR RAJAE | 007 | 1210 | CSXU 932507 | DRV FULL CONTAINER MOVE | MAYTAG AMANA, IA | MAYTAG AMANA, IA | $499.51 |

Trip Net:   $793.51

| 7OB0368995/001 | | E | 06/02/2008 | MORRAR RAJAE | 007 | 1210 | EMHU 237216 | DRV FOR FUEL SURCHARGE | MAYTAG SALES/NORTH LIBRTY NORTH LIBERTY, IA | MAYTAG SALES/NORTH LIBRTY NORTH LIBERTY, IA | $308.00 |
| 7OB0368995/001 | | E | 06/02/2008 | MORRAR RAJAE | 007 | 1210 | EMHU 237216 | DRV FULL CONTAINER MOVE | MAYTAG SALES/NORTH LIBRTY NORTH LIBERTY, IA | MAYTAG SALES/NORTH LIBRTY NORTH LIBERTY, IA | $523.30 |

Trip Net:   $831.30

Total Trip Gross: $5,928.78

**Reimbursements:**

| 2185379 | L | 06/02/2008 | MANUAL EFS DEDUCTION $3 CHARGE | | 007 | $414.45 |

Notes: 2185379 - agent should be charged (DP - 06/04/08/15:54)

**Deductions:**

| | L | 06/06/2008 | DRIVER DEDUCTION TIRE REPAIR | | 007 | -$93.00 |

Notes: REPL TIRE 325928. RRO tire was run flat. EBS inv. 111042. (-KL - 05/16/08/08:07)

| 007003818 | L | 05/29/2008 | DRIVER DEDUCTION - ADVANCE | 7OB0367561/001 | 007 | -$593.30 |

Notes: Job Seq : 367561 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: PILOT 43, Truck stop city: WALCOTT IAU12, Truck stop state: IA, product quantity: 00127.74, product amount: 00597.69, Fuel service charge: 2

| 007002FRN | L | 05/30/2008 | DRIVER DEDUCTION - ADVANCE | 7IB0366333/001 | 007 | -$602.65 |

Notes: Job Seq : 366333 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: KWIK TRIP #603, Truck stop city: WILSON WIU71, Truck stop state: WI, product quantity: 00126.01, product amount: 00599.70, Fuel service charge: 2

| 007004851 | L | 05/31/2008 | DRIVER DEDUCTION - ADVANCE | 7OB0368995/001 | 007 | -$591.06 |

Notes: Job Seq : 368995 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: PILOT 43, Truck stop city: WALCOTT IAU12, Truck stop state: IA, product quantity: 00128.36, product amount: 00595.48, Fuel service charge: 2

| 007019FQJ | L | 05/27/2008 | DRIVER DEDUCTION - ADVANCE | 7IB0364911/001 | 007 | -$599.15 |

Notes: Job Seq : 364911 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: LOVE'S TRAVEL STOP #322, Truck stop city: ROSCOE ILU81, Truck stop state: IL, product quantity: 00123.46, product amount: 00599.90, Fuel service charge: 2

Net Amount: $3,864.07

**Settlement Summary**

| Revenue | $5,928.78 |
| Reimbursements | $414.45 |
| Deductions | $-2,479.16 |
| Check# | DIR-DEP |
| Total Settlement Pay | $3,864.07 |
| | Direct Deposit |
| YTD | $113,798.21 |

**Deductions Statement:**

| Description | Terms | Starting Balance | Deducted This Pay | Deducted Previously | Remaining Balance |
|---|---|---|---|---|---|
| DRIVER DEDUCTION TIRE REPAIR | $95.00 Every Friday | $378.00 | $93.00 | $285.00 | $0.00 |

**Driver Notes:**
* **Legend: L** = Loaded **E** = Empty
**Remarks:** Would you like to view and print this statement online? Visit www.horizonfreightsystem.com, click on the "Logon" link on the left side of the page, and then click on the "Register for an online account" link to sign up now.

**Printed By: Mark Solari   Date:** 06/06/2008 **Time:** 10:52

| 007009FFU | L | 04/27/2008 | DRIVER DEDUCTION - ADVANCE | 7IB0350052/001 | 007 | $-548.98 |

Notes: Job Seq : 350052 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: LOVE'S TRAVEL STOP #322, Truck stop city: ROSCOE ILU81, Truck stop state: IL, product quantity: 00128.51, product amount: 00549.89, Fuel service charge: 2

| 0070087GN | L | 04/29/2008 | DRIVER DEDUCTION - ADVANCE | 7IB0352246/001 | 007 | $-548.91 |

Notes: Job Seq : 352246 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: LOVE'S TRAVEL STOP #351, Truck stop city: UTICA ILU81, Truck stop state: IL, product quantity: 00129.71, product amount: 00549.85, Fuel service charge: 2

Net Amount: $2,885.04

### Settlement Summary

| | |
|---|---|
| Revenue | $5,733.51 |
| Reimbursements | $0.00 |
| Deductions | $-2,848.47 |
| Check# | DIR-DEP |
| Total Settlement Pay | $2,885.04 |
| | Direct Deposit |
| YTD | $99,274.64 |

**Deductions Statement:**

| Description | Terms | Starting Balance | Deducted This Pay | Deducted Previously | Remaining Balance |
|---|---|---|---|---|---|
| PARKING DEDUCTION | $100.00 Every Friday | $100.00 | $100.00 | $0.00 | $0.00 |

**Driver Notes:**
* **Legend:** L = Loaded E = Empty

**Remarks:** Effective May 2nd you will be able to access your contractor pay statements online through our website www.horizonfreightsystem.com. We have sent sign up forms to your domicile terminal. If you wish to sign up please contact Mark Solari at 1-800-480-6829 x 116.

**Printed By:** Mark Solari   **Date:** 05/09/2008 **Time:** 10:27

Settlement Statement

Page 6 of 559

| 7IB0358788/001 | | L | 05/12/2008 | MORRAR RAJAE | 007 | 1210 | SNLU 982515 | Touring - JB Hunt, NYK, Schneider Only | BN-OGDEN CICERO, IL | TARGET DC 587 GALESBURG, MI | $305.00 |

Trip Net:   $453.32

Total Trip Gross: $3,040.97

**Deductions:**

| 007056FKB | L | 05/08/2008 | DRIVER DEDUCTION - ADVANCE | 7IB0355988/001 | 007 | $-548.96 |

Notes: Job Seq : 355988 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: LOVE'S TRAVEL STOP #322, Truck stop city: ROSCOE ILU81, Truck stop state: IL, product quantity: 00127.90, product amount: 00549.85, Fuel service charge: 2

| | L | 05/16/2008 | DRIVER DEDUCTION TIRE REPAIR | | 007 | $-95.00 |

Notes: REPL TIRE 325928. RRO tire was run flat. EBS inv. 111042. {-KL - 05/16/08/08:07)

| 007008654 | L | 05/10/2008 | DRIVER DEDUCTION - ADVANCE | 7IB0358788/001 | 007 | $-545.41 |

Notes: Job Seq : 358788 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: PILOT 445, Truck stop city: BURNS HARBOR INU21, Truck stop state: IN, product quantity: 00130.97, product amount: 00549.96, Fuel service charge: 2

| 007020617 | L | 05/06/2008 | DRIVER DEDUCTION - ADVANCE | 7IB0355960/001 | 007 | $-544.93 |

Notes: Job Seq : 355960 driver no: 000000000, unit no : 5307, trailer no : 000000, vehicle licence: , Truck stop name: PILOT 448, Truck stop city: HEBRON INU21, Truck stop state: IN, product quantity: 00137.49, product amount: 00549.80, Fuel service charge: 2

Net Amount: $1,306.67

### Settlement Summary

| | |
|---|---|
| Revenue | $3,040.97 |
| Reimbursements | $0.00 |
| Deductions | $-1,734.30 |
| Check# | DIR-DEP |
| Total Settlement Pay | $1,306.67 |
| YTD | Direct Deposit |
| | $102,315.61 |

**Deductions Statement:**

| Description | Terms | Starting Balance | Deducted This Pay | Deducted Previously | Remaining Balance |
|---|---|---|---|---|---|
| DRIVER DEDUCTION TIRE REPAIR | $95.00 Every Friday | $378.00 | $95.00 | $0.00 | $283.00 |

**Driver Notes:**

**\* Legend:** L = Loaded E = Empty

**Remarks:** Effective May 2nd you will be able to access your contractor pay statements online through our website www.horizonfreightsystem.com We have sent sign up forms to your domicile terminal. If you wish to sign up please contact Mark Solari at 1-800-480-6829 x 116

**Printed By:** Mark Solari   **Date:** 05/16/2008 **Time:** 10:08

## Settlement Statement



FREIGHT SYSTEM, INC.

10917
OTK TRANSPORTATION INC
9621 S. MERTON AVE
OAKLAWN
IL 60453

**Horizon Freight System**
6600 Bessemer Avenue
Cleveland, OH 44127
Fax:
Tel:

| Settlement Statement: 71964 | Settlement Date: 05/30/2008 | Settled Amount: $683.93 |
|---|---|---|
| Week No: 22-2008 | Week From: 05/20/2008 | Week To: 05/26/2008 |

| Pro # | Recap # | Type* | Ship Date | Driver | Site | Tractor | Container | Service Description | From | To | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7OB0364353/001 | | E | 05/23/2008 | MORRAR RAJAE | 007 | 1210 | CSXU 283459 | DRV FULL CONTAINER MOVE | CSX TERMINAL BEDFORD PARK , IL | PINNACLE FOODS FORT MADISON, IA | $542.33 |
| 7OB0364353/001 | | E | 05/23/2008 | MORRAR RAJAE | 007 | 1210 | CSXU 283459 | DRV FOR FUEL SURCHARGE | CSX TERMINAL BEDFORD PARK  IL | PINNACLE FOODS FORT MADISON, IA | $319.20 |
| | | | | | | | | | | Trip Net: | $861.53 |
| 7OB0365906/001 | | E | 05/27/2008 | MORRAR RAJAE | 007 | 1210 | EMHU 233657 | DRV FULL CONTAINER MOVE | UNION PACIFIC DOLTON, IL | MAYTAG AMANA, IA | $271.85 |
| 7OB0365906/001 | | E | 05/27/2008 | MORRAR RAJAE | 007 | 1210 | EMHU 233657 | DRV FOR FUEL SURCHARGE | UNION PACIFIC DOLTON, IL | MAYTAG AMANA, IA | $160.00 |
| | | | | | | | | | | Trip Net: | $431.85 |

Total Trip Gross: $1,293.38

**Deductions:**

| 2185379 | L | 05/28/2008 | MANUAL EFS DEDUCTION $3 CHARGE | | 007 | $-414.45 |
|---|---|---|---|---|---|---|

Notes: 2185379 - tire repar chassis (DP - 05/30/08/10:38)

| | L | 05/30/2008 | PARKING DEDUCTION | | 007 | $-100.00 |
|---|---|---|---|---|---|---|

Notes: PRK JUNE 08 4569 (-DP - 05/29/08/12:01)

| | L | 05/30/2008 | DRIVER DEDUCTION TIRE REPAIR | | 007 | $-95.00 |
|---|---|---|---|---|---|---|

Notes: REPL TIRE 325928, RRO tire was run flat. EBS inv. 111042  (-KL - 05/16/08/08:07)

Net Amount: $683.93

### Settlement Summary

| | |
|---|---|
| Revenue | $1,293.38 |
| Reimbursements | $0.00 |
| Deductions | $-609.45 |
| Check# | DIR-DEP |
| Total Settlement Pay | $683.93 |
| | Direct Deposit |
| YTD | $107,869.43 |

**Deductions Statement:**

| Description | Terms | Starting Balance | Deducted This Pay | Deducted Previously | Remaining Balance |
|---|---|---|---|---|---|
| PARKING DEDUCTION | $100.00 Every Friday | $100.00 | $100.00 | $0.00 | $0.00 |
| DRIVER DEDUCTION TIRE REPAIR | $95.00 Every Friday | $378.00 | $95.00 | $190.00 | $93.00 |

**Driver Notes:**

* Legend: L = Loaded E = Empty

Remarks:Effective May 2nd you will be able to access your contractor pay statements online through our website www.horizonfreightsystem.com  We have sent
sign up forms to your domicile terminal. If you wish to sign up please contact Mark Solari at 1-800-480-6829 x 116.

file://\\kaplan-fil\production\Prod\Temp\MS\supinv.html

5/30/2008

Certificate Number: 00437-ILN-CC-005253193

## CERTIFICATE OF COUNSELING

I CERTIFY that on October 27, 2008 _____ _____, at 1:12 _____ o'clock PM MDT _____ _____.

Rajae Morrar _____ _____ _____ _____ _____ _____ received from

Black Hills Children's Ranch, Inc _____ _____ _____ _____ _____ _____ _____ _____

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois _____ _____ _____, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared _____. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone _____ _____.


Date: October 27, 2008 _____ _____       By    /s/Juliana Tomek _____ _____ _____ _____

                                         Name    Juliana Tomek _____ _____ _____

                                         Title    Credit Counselor _____ _____ _____


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

United States Bankruptcy Court
Northern District of Illinois

IN RE:

Morrar, Rajae M _____   Case No. _____

Debtor(s)   Chapter **7** _____

## DECLARATION REGARDING ELECTRONIC FILING
Signed by Debtor(s) or Corporate Representative
**To Be Used When Filing over the Internet**

PART I - DECLARATION OF PETITIONER
A. To be completed in all cases.                                        Date: **November 8, 2008** _____

I(We) **Rajae M Morrar** _____ and _____ , the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my (our)attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B. To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

☑ I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C. To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

☐ I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: _Rajae Morrar_ _____         Signature: _____
            (Debtor or Corporate Officer, Partner or Member)                                    (Joint Debtor)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only